**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| TONI BRACKEN, ADMINISTRATRIX OF THE ESTATE OF WILLIAM BRACKEN, DECEASED | : No. 8 WAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| v. | :<br>:<br>: |
| BURCHICK CONSTRUCTION COMPANY, INC., PATENT CONSTRUCTION COMPANY AND HARSCO CORPORATION. | :<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: KUSLER MASONRY, INC. | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.